BLANK ROME, LLP
Attorneys for Plaintiff
PARTENREEDEREI MT "MULTITANK BADENIA"
Jeremy J.O. Harwood (JH-9012)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

OFFICE COPY

RECEIVED
MAY 01 2007
U.S.D.C. S.D.N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PARTENREEDEREI MT "MULTITANK BADENIA",

    Plaintiff,

-against-

PAKRI TANKERS OU,

    Defendant.

---

07 Civ.  **07 CV 3471**

JUDGE CROTTY

**VERIFIED COMPLAINT**

Plaintiff, PARTENREEDEREI MT "MULTITANK BADENIA" ("Plaintiff"), by its attorneys Blank Rome, LLP, complaining of the above-named Defendant, PAKRI TANKERS OU ("Defendant" or "Charterer"), alleges upon information and belief as follows:

1. This is a case of admiralty and maritime jurisdiction, as hereinafter more fully appears, and is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. The Court has admiralty jurisdiction under 28 U.S.C. §1333.

2. At all material times, Plaintiff was and now is a foreign company with its address c/o Ahrenkiel Shipmanagement GmbH & Co. KG, Burchardstasse 8 20095 Hamburg, Germany.

3. At all material times, Defendant was and is a foreign corporation or other business entity organized with its offices and place of business in Tallin, Estonia, and no place of business in the United States.

900200.00001/6539782v.1

4. By a charter party dated on or about December 20, 2005, ("the Charter"), Plaintiff chartered the M/V MULTITANK BADENIA ("the Vessel") for a period of 12 months, +/- 15 days more or less in Charterer's option.

5. In breach of the Charter, Defendant wrongfully failed to pay outstanding amounts due to Plaintiff in respect of charter hire, spare parts and trading costs, as detailed in Plaintiff's final hire statement dated January 25, 2007, in the principal amount of 217,257.06 EUROS, which converts to US$296,173.79 (1 EUR = $1.36324), no part of which has been paid although duly demanded.

6. The Charter provides for arbitration of disputes in London pursuant to English law. Arbitration proceedings have been commenced in respect of this claim, and Plaintiff reserves its right to arbitrate the disputes pursuant to 9 U.S.C. § 8.

7. Maritime arbitrators in London routinely award interest, legal fees and arbitral costs to a successful party. Plaintiff estimates recoverable interest will amount to at least $34,000, calculated at a rate of 8% per year for at least 2 years and recoverable legal fees and costs (including arbitrators' fees) will be at least US$175,000, amounting in all to recoverable interest and expenses of at least US$209,000.

8. The total amount of Plaintiff's claims for which Plaintiff requests issuance of Process of Maritime Attachment and Garnishment is **US$505,173.79**.

9. Defendant cannot be found within this district within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, but Defendant is believed to have or will have during the pendency of this action, assets within this district consisting of cash, funds, freight and/or hire credits in the hands of garnishees in this District, including but not limited to electronic fund transfers.

**WHEREFORE**, Plaintiff prays:

A.   That process in due form of law issue against the Defendant, citing it to appear and answer under oath all and singular the matters alleged in the Complaint;

B.   That since the Defendant cannot be found within this District pursuant to Rule B of the Supplemental Rules for Admiralty and Maritime Claims, this Court issue an Order directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, attaching all of Defendant's tangible or intangible property or any other funds held by any garnishee in the district which are due and owing or otherwise the property of to the Defendant up to the amount of **US$505,173.79** to secure the Plaintiff's claims, and that all persons claiming any interest in the same be cited to appear and pursuant to Supplemental Admiralty Rule B answer the matters alleged in the Complaint;

C.   That this Court enter judgment for Plaintiff's damages plus interest and costs, or retain jurisdiction over this matter through the entry of a judgment on an arbitration award.

D.   That Plaintiff may have such other, further and different relief as may be just and proper.

Dated: New York, NY
April 30, 2007

                         Respectfully submitted,
                         BLANK ROME, LLP
                         Attorneys for Plaintiff
                         PARTENREEDEREI MT
                         "MULTITANK BADENIA"

                         By _____
                            Jeremy J.O. Harwood (JH-9012)
                         405 Lexington Ave.
                         New York, NY 10174-0208
                         (212) 885-5000

## VERIFICATION

STATE OF NEW YORK      )
                       : ss.:
COUNTY OF NEW YORK     )

Jeremy J.O. Harwood, being duly sworn, deposes and says:

1. I am a member of the bar of this Honorable Court and of the firm of Blank Rome LLP, attorneys for the Plaintiff.

2. I have read the foregoing Complaint and I believe the contents thereof are true.

3. The reason this Verification is made by deponent and not by Plaintiff is that Plaintiff is a foreign corporation, no officer or director of which is within this jurisdiction.

4. The sources of my information and belief are documents provided to me and statements made to me by representatives of the Plaintiff.

                                                                     Jeremy J.O. Harwood (JH-9012)

Sworn to before me this
30th day of April 2007

_____
Notary Public

KARL V. REDA
Notary Public, State of New York
No. 30-4783126, Qual. in Nassau Cty.
Certificate Filed in New York County
Commission Expires NOV. 30, 2009

BLANK ROME, LLP
Attorneys for Plaintiff
PARTENREEDEREI MT "MULTITANK BADENIA"
Jeremy J.O. Harwood (JH-9012)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARTENREEDEREI MT "MULTITANK BADENIA",<br><br>Plaintiff,<br><br>-against-<br><br>PAKRI TANKERS OU,<br><br>Defendant. | 07 Civ.<br><br>**AFFIDAVIT UNDER**<br>**SUPPLEMENTAL RULE B** |

STATE OF NEW YORK    )
                                          ) ss:
COUNTY OF NEW YORK )

JEREMY J.O. HARWOOD, being duly sworn, deposes and says:

1. I am a member of the Bar of this Honorable Court and a member of the firm of Blank Rome, LLP, attorneys for the Plaintiff herein. I am familiar with the circumstances of the complaint and submit this affidavit in support of Plaintiff's request for the issuance of process of maritime attachment and garnishment of the property of defendant, ("Defendant"), a foreign corporation, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

900200.00001/6539786v.1

2. Defendant is a party to a maritime contract of charter party and is a foreign corporation with offices in Tallin, Estonia and no offices or place of business within this judicial district.

3. Under my supervision, my office did a search of the New York State Secretary of State, Division of Corporations, the Transportation Tickler, telephone assistance, and a general internet search.

4. In our search, we did not find any listing or reference to Defendant in this judicial district or the state of New York. In the circumstances, I believe Defendant cannot be found within this district.

_____
JEREMY J.O. HARWOOD

Sworn to before me this
30th day April, 2007

_____
Notary Public

KAR__ REDA
Notary Pub___ __te of New York
No. 30-4783__  __l. in Nassau Cty.
Certificate F__ __ New York County
Commission Exp___ Nov. 30, 2009