BLANK ROME, LLP
Attorneys for Plaintiff
PARTENREEDEREI MT "MULTITANK BADENIA"
Jeremy J.O. Harwood (JH-9012)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARTENREEDEREI MT "MULTITANK BADENIA",

    Plaintiff,

-against-

PAKRI TANKERS OU,

    Defendant.

07 Civ. 3471 (PAC)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff PARTENREEDEREI MT "MULTITANK BADENIA" certifies that, according to information provided to counsel by its clients, PARTENREEDEREI MT "MULTITANK BADENIA" is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:  New York, New York
    April 30, 2007

            BLANK ROME, LLP
            Attorneys for Plaintiff
            PARTENREEDEREI MT
            "MULTITANK BADENIA"

            By /s/ Jeremy J.O. Harwood
              Jeremy J.O. Harwood (JH-9012)
            The Chrysler Building
            405 Lexington Ave.
            New York, NY 10174-0208
            (212) 885-5000