AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN         DISTRICT OF         NEW YORK

Partenreederei MT "Multitank Badenia"

v.

Pakri Tankers OU

**APPEARANCE**

Case Number: 07-cv-3471

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Pakri Tankers OU, which appear is made as a restricted appearance pursuant to Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

I certify that I am admitted to practice in this court.

8 November 2007
Date

*[signature]*
Signature

Simon Harter                    SH-8540
Print Name                      Bar Number

304 Park Avenue South - 11th Floor
Address

New York         NY          10010
City             State       Zip Code

212.979.0250              212.979.0251
Phone Number              Fax Number