BLANK ROME LLP
Attorneys for Plaintiff
PARTENREEDEREI MT "MULTITANK BADENIA"
Jeremy J.O. Harwood (JH-9012)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARTENREEDEREI MT "MULTITANK BADENIA",<br><br>　　　　　Plaintiff,<br><br>　　-against-<br><br>PAKRI TANKERS OU,<br><br>　　　　　Defendant. | 07 Civ. 3471(PAC) |

**NOTICE OF MOTION UNDER F.R. CIV. P. RULE 15
TO AMEND COMPLAINT**

**PLEASE TAKE NOTICE THAT**, Plaintiff, will move this Court before the Hon. Paul C.Crotty, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York for an Order pursuant to Rule E(4)(f) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure ("F.R.Civ.P.") and F.R.Civ.P. Rule 15 seeking to amend its Complaint, as attached, so as to obtain a supplemental attachment order pursuant to Supplemental Rule B and granting such other and further relief as the Court deems just and proper.

127057.00602/6669779v.1

**PLEASE TAKE FURTHER NOTICE THAT**, under Local Rule 6.1(c) of the United States District Courts for the Southern and Eastern Districts of New York and the Court's individual practice rules, oral argument will be heard if so directed by the Court or upon application and that oral argument is so requested.

Date: New York, New York
September 17, 2008

Respectfully submitted,

BLANK ROME LLP

By: *[signature]*
Jeremy J.O. Harwood
405 Lexington Avenue
New York, New York 10174
(212) 885-5000

*Attorneys for Plaintiff*